

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2021

No. 04-21-00186-CR

Adelida **TREVINO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-204-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record in this case was originally due June 28, 2021, but was not filed. On July 1, 2021, this court notified the court reporter that the reporter's record was late and directed her to either: (1) file a notification of late record within ten days or (2) file the reporter's record within thirty days. On August 3, 2021, the court reporter filed a notification of late record explaining why she had not yet filed the record and requesting an extension until August 23, 2021. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record by **August 23, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court